GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for KEDOSHIM

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DJEKEM KEDOSHIM, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:21-cr-00185-JAD-DJA <br><br> **ORDER Granting ECF No. 37** |

**IT IS HEREBY ORDERED** that the Stipulation to Release Passport is GRANTED. The Nevada District Court Clerk shall release said passport to the possession of counsel for DJEKEM KEDOSHIM, Gabriel L. Grasso.

DATED this 13th day of December, 2022

_____
UNITED STATES JUDGE